AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America | ) | Case No. CR 09-MJ-70905 PVT |
| v. | ) | |
| Jorge Luis Solorio-Mendoza | ) | Charging District: Western Dist. of Washington |
| Defendant | ) | Charging District's Case No. |

FILED NOV 12 2009

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Western District of Washington | Courtroom No.: 12th Floor |
|---|---|
| | Date and Time: 11/16/09 2:30pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 11/12/09

_____
Judge's signature

PATRICIA V. TRUMBULL
*Printed name and title*